GUIDRY, Justice,
additionally concurs and assigns reasons.
hi additionally concur in the majority’s holding that the class action is the superior *545 procedural method for resolving the legal issue presented in this case, and that the plaintiffs satisfied the requirements of La. Code Civ. Proc. art. 591. As the majority properly notes, class action certification is a purely procedural issue, and does not impinge upon the merits of the underlying litigation. Ante, pp. 541-42. Notwithstanding my agreement with the resolution of the procedural issue in the case before us, I adhere to my view that Anderson v. Ochsner Health Sys., 13-2970 (La.7/1/14), — So.3d -, 2014 WL 2937101, was wrongly decided. The medical lien alone does not create a private right of action in favor of the insured against the health care provider under the “Balance Billing Act,” La. Rev. Stats. 22:1871 et seq., which clearly sets forth the exclusive remedies for a violation thereof. Anderson, — So.3d at -, 2014 WL 2937101 at *8-*9 (Guidry, J., dissenting).